HADDEN, Respondent, *v.* McGUIRE, Appellant.

*(Common Pleas of New York City and County, General Term.* April 27, 1892.)

Appeal from seventh district court.

Action by Alexander Hadden against Michael McGuire.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Charles De Kay Townsend,* for appellant.   *J. C. Wolff,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

KIRKLAND, Respondent, *v.* DYER, Appellant.

*(Common Pleas of New York City and County, General Term.* April 27, 1892.)

Appeal from eleventh district court.

Action by Thomas Kirkland against James Dyer.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Judgment reversed, with costs.

---

WIERZBICKI, Appellant, *v.* SULLIVAN, Respondent.

*(Common Pleas of New York City and County, General Term.* April 27, 1892.)

Appeal from fifth district court.

Action by John Wierzbicki against William Sullivan.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*E. Mandel,* for appellant.   *A. Kling,* for respondent.

No opinion.   Ordered that judgment be affirmed, with costs.

---

DE MOTTA, Respondent, *v.* LA MARITO, Appellant.

*(Common Pleas of New York City and County, General Term.* April 28, 1892.)

Appeal from district court.

Action by Guertata De Motta against Carlo La Marito.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*J. J. Green,* for appellant.   *A. E. Rosenblatt,* for respondent.

No opinion.   Ordered that judgment be affirmed, with costs.

---

HOPKINS, Respondent, *v.* KATZ, Appellant.

*(Common Pleas of New York City and County, General Term.* April 28, 1892.)

Appeal from eleventh district court.

Action by Abraham R. Hopkins against David Katz.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*J. C. Coleman,* for appellant.   *J. Williamson,* for respondent.

No opinion.   Ordered that the judgment be affirmed, with costs.

---

LITTLE, Appellant, *v.* KERNELL, Respondent.

*(Common Pleas of New York City and County, General Term.* April 28, 1892.)

Appeal from third district court.

Action by Dick Little against Harvey Kernell.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Ordered that the judgment be affirmed, with costs.

---

REILLY, Respondent, *v.* REYNOLDS, Appellant.

*(Common Pleas of New York City and County, General Term.* April 28, 1892.)

Appeal from seventh district court.

Action by Michael Reilly against Edward Reynolds.